IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUARDIAN GARAGE MIDWEST LLC,<br>  PLAINTIFF,<br><br>V.<br><br>POLYGUARD GARAGE OF TEXAS LLC<br>ET AL.,<br>  DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:23-CV-1581-N-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Polyguard Garage of Texas LLC's answer is **STRUCK** and the Clerk of Court is **DIRECTED** to enter default against Polyguard. Plaintiff is **ORDERED** to apply for entry of default judgment within twenty-one days of entry of default.

  **SO ORDERED**,

Signed July 7, 2025.

              _____
              **UNITED STATES DISTRICT JUDGE**