IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUARDIAN GARAGE MIDWEST LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:23-CV-1581-N-BK |
| | § | |
| POLYGUARD GARAGE OF TEXAS LLC, | § | |
| ET AL., | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 68).  No Objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Default Judgment (Doc. 65) is **GRANTED** only as to Polyguard's liability for copyright infringement under 17 U.S.C. § 501, and Plaintiff's request for a permanent injunction prohibiting Polyguard's further infringement of its copyrighted works.  In all other respects the Motion is **DENIED.**

**SO ORDERED** this 25th day of March, 2026.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1